UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. GARRETT, | No. 1:23-cv-00372-KES-EPG (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| KATHLEEN ALLISON, et al., | Doc. 12 |
| Defendants. | |

Plaintiff Craig K. Garrett is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 17, 2023, the court issued an order denying plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). Doc. 12. Plaintiff was ordered to pay the applicable filing fee within thirty days. *Id.* at 4. Plaintiff was warned that if he failed to pay the filing fee within the thirty-day deadline that the action would be dismissed. *Id.* On April 30, 2024, the court found it would be equitable to allow plaintiff an extension to pay the filing fee and ordered that plaintiff pay the filing fee in full within thirty days of its order. Doc. 20. The court warned plaintiff again that "failure to comply with this order will result in dismissal of this action." *Id.* at 2.

Plaintiff has failed to pay the $405 filing fee, and the deadline to do so has passed.

Without such payment, the action cannot proceed before the court at this time.

    Accordingly, IT IS HEREBY ORDERED:

    1.    This action is dismissed without prejudice for failure to pay the filing fee; and

    2.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 8, 2024

UNITED STATES DISTRICT JUDGE